THE PEOPLE OF THE STATE OF NEW YORK, by FREDERICK A. MORAN, as Chairman of the State Board of Parole, Respondent, against ARTHUR DENECKE, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.